NICHOLAS E. GIBSON, Appellant, *v.* ARCHER PRODUCTIONS, INC., et al., Respondents, et al., Defendants.

*Per Curiam.* The complaint was dismissed after trial solely on the ground that subdivisions 1 and 10 of section 31 of the Personal Property Law constituted a defense to plaintiff's cause of action. Though the Statute of Frauds would apply to this suit if it were brought upon an express contract, it would not constitute a defense to an action, such as this, brought in *quantum meruit* to recover for services rendered. Plaintiff may be entitled to recover reasonable compensation for services actually rendered by him. (*Harmon* v. *Peats Co.,* 243 N. Y. 473; *Elsfelder* v. *Cournand,* 270 App. Div. 162; *Parver* v. *Matthews-Kadetsky Co.,* 242 App. Div. 1.) Whether plaintiff rendered any services and, if rendered, whether they had any value whatever are matters which must await determination upon a full adducement of the facts. Judgment reversed and a new trial ordered, with costs to appellant to abide the event.

Peck, P. J., Dore, Cohn and Callahan, JJ., concur.

Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event.